UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:

    Tushar Ghosh
    Palvi Sharma

**Order Filed on July 8, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:    26-17041

Chapter:    13

Hearing Date:    TBD

Judge:    Kaplan

## ORDER
## ON MOTION TO EXTEND AUTOMATIC STAY

The relief set forth on the following page(s), numbered two (2) through two (2), is

hereby **ORDERED**

**DATED: July 8, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
In Re. Tushar Ghosh, Palvi Sharma
26-17041 MBK
Order on Motion to Extend Automatic Stay

---

The debtors having filed a Motion to Extend the Automatic Stay pursuant to 11 U.S.C.

§362(c)(3)(B), and the court having considered the matter and any opposition thereto, and the

court finding that the instant case was filed in good faith, and the instant motion was timely

filed, and for good cause shown, it is hereby

**ORDERED** that the 11 U.S.C. §362 automatic stay is extended, and shall remain in full force and

effect barring further order of this court, as to all creditors in this case pursuant to 11 U.S.C.

§362(c)(3)(B).

United States Bankruptcy Court

District of New Jersey

In re:                                                              Case No. 26-17041-MBK

Tushar Ghosh                                                       Chapter 13

Palvi Sharma

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 2
--- | --- | ---
Date Rcvd: Jul 08, 2026 | Form ID: pdf903 | Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2026:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db/jdb | + Tushar Ghosh, Palvi Sharma, 4 Thomas Court, Green Brook, NJ 08812-2161 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2026       Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Gavin Stewart | on behalf of Creditor Ally Capital bk@stewartlegalgroup.com |
| Lee Martin Perlman | on behalf of Joint Debtor Palvi Sharma ecf@newjerseybankruptcy.com<br>mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com;law-offices-of-lee-m-perlman@pacer.glade.ai |
| Lee Martin Perlman | on behalf of Debtor Tushar Ghosh ecf@newjerseybankruptcy.com<br>mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com;law-offices-of-lee-m-perlman@pacer.glade.ai |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3                              User: admin                                    Page 2 of 2
Date Rcvd: Jul 08, 2026                          Form ID: pdf903                                Total Noticed: 1
TOTAL: 5