| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LAW OFFICES OF LEE M. PERLMAN<br>Lee M. Perlman, Esquire<br>Attorneys for Debtor<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ 08003<br>856-751-4224 | Case No.: 26-17041 MBK<br><br>Chapter: 13<br><br>Hearing Date: 09/30/26 |
| In Re:<br>Tushar Ghosh<br>Palvi Sharma | Judge: Kaplan |

**CERTIFICATION OF SERVICE**

1. I, Dianelle Delgado:

   _______ represent the debtor in the above captioned matter.

   ___X___ am the secretary / paralegal for ___Lee M. Perlman, who represents the debtor(s) in the above captioned matter.

   _______ Am the __________________ in the above captioned matter and am representing myself.

2. On 08/18/26, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: transmittal notice & chapter 13 plan .

3. I hereby certify under penalty of perjury that the above listed documents were sent using the mode of service indicated.

Dated: 08/18/26 /s/ Dianelle Delgado

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Attn: President, Registered Agent or person designated to receive service of process<br>ADT Security Services<br>Corporation Service Company<br>Princeton South Corporate Center, Suite 160<br>100 Charles Ewing Blvd.<br>Ewing, NJ 08628 | Effected Lien Holder | ___ Hand delivered<br>___ Regular mail<br>_x_ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing (NEF)<br>___ Other ____________________<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.