UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ 08003
856-751-4224

In Re:
Tushar Ghosh
Palvi Sharma

Case No.: 26-17041 MBK

Chapter: 13

Hearing Date: 9/30/26

Judge: Kaplan

**CERTIFICATION OF SERVICE**

1. I, Dianelle Delgado:

   ______ represent the debtor in the above captioned matter.

   __X__ am the secretary / paralegal for Lee M. Perlman, who represents the debtor(s) in the above captioned matter.

   ______ Am the ________________ in the above captioned matter and am representing myself.

2. On 9/21/26, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: transmittal notice & chapter 13 plan.
3. I hereby certify under penalty of perjury that the above listed documents were sent using the mode of service indicated.

Dated: 9/21/26

/s/ Dianelle Delgado

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Attn: President, Registered Agent or person designated to receive service of process<br>Technology Credit Union<br>2010 North First Street<br>San Jose, CA 95131 | Affected Lien Holder | ___ Hand delivered<br>___ Regular mail<br>_x_ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing (NEF)<br>___ Other ____________________<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.